U.S.D.C. Eastern District of New York
02:11 PM, 16 Sep, 2026
*** Filed ***

MWG:MED
F. #2026R00666

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

VINCENT GRAY,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR AN ARREST WARRANT

(18 U.S.C. § 922(g)(1))

26-MJ-177 (LKE)

EASTERN DISTRICT OF NEW YORK, SS:

RYAN FALLON, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

On or about September 9, 2026, within the Eastern District of New York and elsewhere, the defendant VINCENT GRAY, knowing that he had been previously convicted in a court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce ammunition, to wit: four Winchester 9mm Caliber shell casings.

(Title 18, United States Code, Section 922(g)(1))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been for the past two-and-a-half years. I am assigned to Squad C19 of the FBI New York

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to

Field Office, where I investigate shootings, bank robberies, and other violent crimes. I have been involved in the investigation of numerous cases involving firearms and ammunition. I am familiar with the facts and circumstances set forth below from my participation in the investigation, my review of the investigative file, and from reports of other law enforcement officers involved in the investigation. Where I describe the statements of others, I am doing so only in sum and substance and in part.

2. On or about September 9, 2026, at approximately 4:15 p.m., New York City Police Department ("NYPD") officers responded to reports of a dispute regarding a firearm at 855 East 95 Street in Brooklyn, New York.

---

establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

3. After securing the scene later that day, NYPD officers found four 9mm Caliber shell casings—namely, four Winchester 9mm Caliber shell casings—at the scene, as shown in the photographs below:













4. Based on my review of audio-video security footage obtained from cameras located at 855 East 95 Steet in Brooklyn, New York, on or about September 9, 2026, at approximately 3:40 p.m., an individual (the “Shooter”), later identified as the defendant VINCENT GRAY, was captured on the sidewalk outside the building speaking with an

individual (the "Victim") in a silver or light blue sedan. The Shooter yelled and pointed at the Victim. A photograph of the Shooter from the camera footage is below:



5. The Shooter then reached into his waistband, pulled out a firearm, pointed the gun to his right up the sidewalk, and fired one shot. A still image from the camera footage of the firearm's first discharge is shown below:



6. The Shooter continued to yell at the Victim, backed up, turned around, and pointed his gun into an alleyway, firing a second shot. A still image from the camera footage of the firearm's second discharge is shown below:



7. The Shooter then walked into the alleyway, when two more shots are heard on the surveillance video.

8. NYPD officers later documented damage to a nearby vehicle and a water boiler within the attached garage of 855 East 95 Street consistent with bullet strikes. Photographs of that damage are below:






9. NYPD officers interviewed the Victim, who identified the Shooter as VINCENT GRAY and described the Shooter, in sum and substance, as an older man in his sixties.[2] NYPD officers then showed the Victim a photograph of VINCENT GRAY from a law enforcement database, and the Victim confirmed that the individual depicted in the photograph was the Shooter.

10. A search of law enforcement databases revealed that VINCENT GRAY has a current address of 855 East 95 Street in Brooklyn, New York, which is where the above-described shooting occurred.

11. I have independently reviewed photographs of the defendant VINCENT GRAY in law enforcement databases and compared those to the security footage of the Shooter described above, and I have probable cause to believe that VINCENT GRAY is the Shooter based on that comparison.

---

2 The defendant VINCENT GRAY is approximately 64 years old.

12. Based on the foregoing, I have probable cause to believe that the Shooter is the defendant VINCENT GRAY.

13. I have reviewed the defendant VINCENT GRAY's criminal history and have determined that he has at least one felony conviction in New York State. On or about April 24, 2014, VINCENT GRAY was convicted in Kings County Supreme Court of robbery in the second degree, in violation of New York Penal Law § 160.10, a Class C Felony, for which he was sentenced to a term of imprisonment of five years.

14. I have conferred with an interstate nexus expert, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, who has informed me, in sum and substance, that the four Winchester 9mm ammunition described above in paragraph three were not manufactured within the state of New York.

WHEREFORE, your deponent respectfully requests that an arrest warrant issue so that the defendant VINCENT GRAY may be dealt with according to law.

/s/ Ryan Fallon
RYAN FALLON
Special Agent
Federal Bureau of Investigation

Sworn to before me by telephone this
16th day of September, 2026

Lara K. Eshkenazi
THE HONORABLE LARA K. ESHKENAZI
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK